# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTESON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00188-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT SPELLING OF DEFENDANT MATTESON'S FIRST NAME<br><br>(ECF No. 6)<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT SPELLING OF DEFENDANT MATTESON'S FIRST NAME |

On February 27, 2019, Plaintiff Semaj Leon Frazier filed a motion to correct the spelling of Defendant Matteson's first name from "Daven" to "Daren." (ECF No. 6.) Plaintiff is correct that the Court's docket currently states that Defendant Matteson's first name is "Daven."

Accordingly, Plaintiff's motion, (ECF No. 6), is HEREBY GRANTED. The Clerk of the Court is directed to correct Defendant Matteson's first name from "Daven" to "Daren."

IT IS SO ORDERED.

Dated: __**March 5, 2019**__　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1