# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAREN MATTESON, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00188-BAM (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT AND PLAINTIFF'S MOTION TO ADD ALLEGATIONS TO HIS COMPLAINT<br><br>(ECF Nos. 8, 9) |

Plaintiff Semaj Leon Frazier is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for leave to amend his original complaint, filed on June 21, 2019, and Plaintiff's motion to add allegations to his original complaint, filed on June 27, 2019. (ECF Nos. 8, 9.) In his motions, Plaintiff requests leave to add various factual allegations and a request for relief to his original complaint. (ECF Nos. 8, 9.)

However, on July 18, 2019, Plaintiff filed a first amended complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1). (ECF No. 10.) Accordingly, Plaintiff's motion for leave to amend his original complaint and Plaintiff's motion to add allegations to his original complaint, (ECF No. 8, 9), are HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

　Dated: **July 22, 2019**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1