# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>    Plaintiff,<br><br>    v.<br><br>DAREN MATTESON, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00188-BAM (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT AND STRIKING PLAINTIFF'S SEVENTH AMENDED COMPLAINT<br><br>(ECF Nos. 24, 25) |

Plaintiff Semaj Leon Frazier is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 24, 2019, the Court issued an order denying as moot three of Plaintiff's motions to amend his complaint, granting one of Plaintiff's motions to amend his complaint, and directing the Clerk of the Court to file the lodged third amended complaint as the Sixth Amendment Complaint. (ECF No. 22.) Additionally, the Court screened Plaintiff's sixth amended complaint, determined that Plaintiff's sixth amended complaint failed to state any cognizable claims for relief, and directed Plaintiff to file either a seventh amended complaint, or a notice of voluntary dismissal, within 30 days from the date of service of the order. (Id.)

Currently before the Court is Plaintiff's motion for leave to amend his complaint and a proposed amended complaint, served on September 25, 2019 and filed with the Court on September 30, 2019. (ECF No. 24.)

It appears that Plaintiff's motion to amend has crossed in the mail with the Court's September 24, 2019 screening order. Therefore, the Court finds it appropriate to deny Plaintiff's latest motion for leave to amend as moot because the Court's September 24, 2019 screening order already granted Plaintiff leave to file a seventh amended complaint. Plaintiff's seventh amended complaint, or notice of voluntary dismissal, remains due on or before October 28, 2019.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend complaint, (ECF No. 24), is DENIED as moot;
2. Plaintiff's seventh amended complaint, (ECF No. 25), submitted as part of Plaintiff's motion for leave to amend, is STRICKEN from the record;
3. Plaintiff shall file a seventh amended complaint curing the deficiencies identified by the Court in its September 24, 2019 screening order, or file a notice of voluntary dismissal, on or before **October 28, 2019**; and
4. <u>If Plaintiff fails to file a seventh amended complaint in compliance with the screening order and this order, the Court will recommend to a District Judge that this action be dismissed, with prejudice, for failure to obey a court order, failure to prosecute, and failure to state a claim</u>.

IT IS SO ORDERED.

Dated: **October 1, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE