# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAREN MATTESON, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00188-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 30)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Semaj Leon Frazier is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 13, 2019, the undersigned issued findings and recommendations recommending that this action be dismissed, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted. (ECF No. 29.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 11.)

Currently before the Court is Plaintiff's motion for an extension of time to file written objections to the December 13, 2019 findings and recommendations, filed on December 30, 2019. (ECF No. 30.) Plaintiff asserts that he needs additional time to file his objections because the prison law library will be closed for the holidays. (Id.)

Having considered the request, the Court finds that Plaintiff has demonstrated good cause

1

for a 30-day extension of time.  Fed. R. Civ. P. 6(b).  Accordingly, Plaintiff's motion for an extension of time, (ECF No. 30), is HEREBY GRANTED.  Plaintiff's written objections to the December 13, 2019 findings and recommendations, (ECF No. 29), if any, shall be filed no later than **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**January 2, 2020**__  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE