# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTESON, et al.,<br><br>    Defendants. | Case No.  1:19-cv-00188-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)<br><br>(Doc. No. 40) |

Plaintiff Semaj Leon Frazier is a state prisoner who proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 30, 2020, the undersigned dismissed this action, with prejudice, due to Plaintiff's failure to state a claim. Doc. No. 35. Judgment was entered on the same day. Doc. No. 36. Plaintiff filed a motion for reconsideration on May 14, 2020, followed by a motion to strike that filing and instead consider a new motion for reconsideration that was filed on June 29, 2020. Doc. Nos. 37 & 38. On August 10, 2020, the Court granted Plaintiff's motion to strike and denied Plaintiff's new motion for reconsideration. Doc. No. 39.

Currently before the Court is Plaintiff's second motion for reconsideration, which was filed on September 8, 2020. Doc. No. 40. Plaintiff states, as he did in his previous motion, that his latest motion should be granted because it sets forth new or different facts or circumstances that did not exist or were not shown in the earlier motion, as required by Eastern District of

California Local Rule 230(j).  Id. at 2.

Plaintiff's latest motion again sets forth substantive allegations regarding his underlying claims, and does not identify any information that is new or different from his previously denied motion for reconsideration.  Plaintiff raised all these arguments in his objections to the December 16, 2019 findings and recommendations (Doc. No. 34) that were adopted by this Court in its April 30, 2020 order.  He also raised them in his first motion for reconsideration, which this Court denied in its August 10, 2020 order.

Having considered Plaintiff's moving papers, the Court does not find that they support relief under Federal Rule of Civil Procedure 60(b).  The Court does not find that Plaintiff has presented any new or different facts, circumstances, or evidence such that reconsideration of the earlier order and judgment would be appropriate.  Plaintiff is warned that additional motions for reconsideration that fail to present new or different facts will be summarily denied.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's September 8, 2020 motion for reconsideration (Doc. No. 40), is DENIED; and

2. This action remains closed.

IT IS SO ORDERED.

Dated:   December 28, 2020                     _____
                                                SENIOR DISTRICT JUDGE

2