# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTESON, et al.,<br><br>          Defendants. | Case No. 1:19-cv-00188-AWI-BAM (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S THIRD MOTION FOR RECONSIDERATION<br><br>(Doc. No. 42) |

Plaintiff Semaj Leon Frazier is a state prisoner who proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court has reviewed Plaintiff's third motion for reconsideration, which was filed on January 21, 2021. Doc. No. 42. As Plaintiff has been previously warned, the Court will not entertain additional motions to reconsider this judgment based on the same arguments that have been previously and repeatedly presented to and rejected by the Court. Doc. No. 41 at 2. Plaintiff's third motion for reconsideration once again sets forth no grounds entitling him to reconsideration of the Court's order dismissing this action.

Accordingly, Plaintiff's third motion for reconsideration (Doc. No. 42), is hereby SUMMARILY DENIED. This action remains closed.

IT IS SO ORDERED.

Dated:  January 25, 2021                            _____
                                                     SENIOR DISTRICT JUDGE

1