# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTESON, et al.,<br><br>          Defendants. | Case No. 1:19-cv-00188-AWI-BAM (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S FOURTH MOTION FOR RECONSIDERATION<br><br>(Doc. No. 44) |

Plaintiff Semaj Leon Frazier is a state prisoner who proceeded pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court has reviewed Plaintiff's fourth motion for reconsideration, which was filed on February 10, 2021. Doc. No. 44. As Plaintiff has been previously warned, the Court will not entertain additional motions to reconsider this judgment based on the same arguments that have been previously and repeatedly presented to and rejected by the Court. Doc. No. 41 at 2. Plaintiff's fourth motion for reconsideration once again sets forth no grounds entitling him to reconsideration of the Court's order dismissing this action.

Accordingly, Plaintiff's fourth motion for reconsideration (Doc. No. 44) is hereby SUMMARILY DENIED. This action remains closed.

IT IS SO ORDERED.

Dated:  February 16, 2021                                                    
                                                 SENIOR DISTRICT JUDGE

1