# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTESON, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00188-AWI-BAM (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S FIFTH MOTION FOR RECONSIDERATION<br><br>(ECF No. 46) |

Plaintiff Semaj Leon Frazier is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court has reviewed Plaintiff's fifth motion for reconsideration, filed May 7, 2021. (ECF No. 46.) As Plaintiff has been previously warned, the Court will not entertain additional motions to reconsider this judgment based on the same arguments repeatedly presented to and rejected by the Court. (ECF No. 41, p. 2.) Plaintiff's fifth motion for reconsideration once again sets forth no grounds entitling him to reconsideration of the Court's order dismissing this action.

Accordingly, Plaintiff's fifth motion for reconsideration, (Doc. No. 46), is HEREBY SUMMARILY DENIED. This action remains closed.

IT IS SO ORDERED.

Dated:  May 10, 2021

                                    SENIOR DISTRICT JUDGE

1