# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>         Plaintiff,<br><br>   v.<br><br>MATTESON, *et al.*,<br><br>         Defendants. | Case No.  1:19-cv-00188-AWI-BAM (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S SIXTH MOTION FOR RECONSIDERATION<br><br>(ECF No. 48) |

Plaintiff Semaj Leon Frazier is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court has reviewed Plaintiff's sixth motion for reconsideration, filed July 19, 2021. (ECF No. 48.)  As Plaintiff has been previously warned, the Court will not entertain additional motions to reconsider this judgment based on the same arguments repeatedly presented to and rejected by the Court. (ECF No. 41, p. 2.)  Plaintiff's sixth motion for reconsideration once again sets forth no grounds entitling him to reconsideration of the Court's order dismissing this action.

Accordingly, Plaintiff's sixth motion for reconsideration, (Doc. No. 48), is HEREBY SUMMARILY DENIED.  This action remains closed.

IT IS SO ORDERED.

Dated:  July 21, 2021                              _____

                                                                  SENIOR  DISTRICT  JUDGE