# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTESON, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00188-AWI-BAM (PC)<br><br>ORDER SUMMARILY DENYING PLAINTIFF'S SEVENTH MOTION FOR RECONSIDERATION<br><br>(ECF No. 50) |

　　　　Plaintiff Semaj Leon Frazier is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　The Court has reviewed Plaintiff's seventh motion for reconsideration, filed August 18, 2021 as a "Motion for Release." (ECF No. 50.) As Plaintiff has been previously warned, the Court will not entertain additional motions to reconsider this judgment based on the same arguments repeatedly presented to and rejected by the Court. (ECF No. 41, p. 2.) Plaintiff's seventh motion for reconsideration once again sets forth no grounds entitling him to reconsideration of the Court's order dismissing this action.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's seventh motion for reconsideration, (ECF No. 50), is SUMMARILY DENIED, with prejudice;

///

2. **<u>No further motions for reconsideration will be considered and if one is filed, it will be summarily stricken from the record</u>**; and

3. This action remains closed, and at this juncture, any further recourse lies with the appellate court.

IT IS SO ORDERED.

Dated:  August 23, 2021                           _____
                                                  SENIOR DISTRICT JUDGE